ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for I.Q. Data International, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIK THOMAS MARTELLA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; and TRANS UNION, LLC, a foreign limited-liability company, <br><br> Defendants. | Case No.: 2:20-cv-00654-RFB-NJK <br><br> **ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Erik Thomas Martella ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed the Complaint on April 8, 2020.  *See* ECF No. 1.

2. I.Q. Data waived service of the Summons and Complaint, and its response to the Complaint is due on June 8, 2020.  *See* ECF No. 4.

3. I.Q. Data and Plaintiff are actively exploring resolution and believe a brief extension of approximately two weeks will help facilitate the on-going settlement discussion.

4. This request for an extension is made in good faith and not for purposes of delay.

5. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **June 22, 2020**.

| | |
|---|---|
| DATED: June 5, 2020. | DATED: June 5, 2020. |
| GORDON REES SCULLY MANSUKHANI, LLP | COGBURN LAW |
| */s/ Wing Yan Wong* | */s/ Erik W. Fox* |
| Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 300<br>Henderson, Nevada 89074 |
| *Attorneys for I.Q. Data International, Inc.* | *Attorney for Erik Thomas Martella* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2020