**JENNIFER BERGH**
Nevada Bar No. 14480
jbergh@qslwm.com
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIK THOMAS MARTELLA, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:20-cv-00654-RFB-NJK <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** <br><br> **(FIRST REQUEST)** |

Plaintiff and Defendants hereby jointly move to extend all deadlines set forth in the Discovery Plan and Scheduling Order filed with this Court on July 9, 2020, (Dkt. 20) by a period of ninety (90) days.

1. On April 8, 2020, Plaintiff filed his Complaint (Dkt. 1), against Defendants Equifax Information Services LLC ("Equifax"), Trans Union LLC ("Trans Union"), and I.Q. Data International, Inc. ("I.Q. Data").

2. On June 18, 2020, Plaintiff filed a Notice of Settlement with I.Q. Data (Dkt. 15).

3. Defendant Trans Union filed its Answer to Plaintiff's Complaint on June 8, 2020 (Dkt. 11). Defendant Equifax filed its Answer to Plaintiff's Complaint on July 8, 2020 (Dkt. 18).

3184715.1

4. The Plaintiff and Defendants require more time and accompanying deadlines from the Court. The parties are discussing settlement. Absent settlement, the parties intend to take depositions of one another and third parties.

5. The parties request the proposed schedule while continuing to discuss resolution of the claims in this case without engaging in unnecessary and costly depositions. The parties have served written discovery. Plaintiff and Trans Union's responses are due October 30, 2020. Trans Union and Plaintiff have requested deposition dates; however, the scheduling of depositions has been difficult in light of the Pandemic as the parties are reluctant to convene depositions during these challenging times. In addition, the Defendants require additional time to conduct third-party discovery as to Plaintiff's damages.

6. No party will be prejudiced by this Court granting this Stipulation as all parties jointly seek an extension of these deadlines. Moreover, the parties believe that allowing the extension will serve the ends of judicial economy.

7. Moreover, the requested extensions are not sought for the purposes of delay.

8. Accordingly, the parties request adoption of the following deadlines:

    a. **Discovery Plan:**

| | |
|---|---|
| Discovery Cut-off | 03/8/2021 |
| ~~Deadline to Disclose Initial Expert Disclosures~~ **CLOSED** | ~~01/06/2020~~ |
| Deadline to Disclose Rebuttal Expert Disclosures | 02/08/2021 |
| Deadline to File Dispositive Motions | 04/06/2021 |

    b. **Pre-Trial Order:** The parties shall file a joint pretrial order no later than **05/06/2021** or thirty (30) days after the date set for filing dispositive motions. In the event that parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion or further order of the Court

WHEREFORE, Plaintiff and Defendants respectfully requests this Honorable Court (1) extend discovery in the present matter as set forth above; and (2) reissue a new Scheduling Order to reflect the requested extension.

IT IS SO ORDERED.

Dated: November 2, 2020



_____
United States Magistrate Judge